USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRIS BOSTON,

Plaintiff,

-against-

VANESSA VEGA,

Defendant.

26 Civ. 6680 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant has filed a notice of removal in the above-captioned action, *see* ECF No. 6. By **August 24, 2026**, Plaintiff shall inform the Court whether he intends to contest removal. If so, the Court will set a briefing schedule. If not, the action will proceed in the ordinary course.

By **August 13, 2026**, Defendant shall serve a copy of this order upon Plaintiff and by that **same date** shall file proof of such service on the docket.

SO ORDERED.

Dated: August 11, 2026
New York, New York

ANALISA TORRES
United States District Judge